

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:14cr57 KS-MTP
    18 U.S.C. § 2252(a)(4)(B)

JOSHUA HERRON

**The Grand Jury charges:**

That on or about July 24, 2014, in Jones County, in the Eastern Division of the Southern District of Mississippi, the defendant, **JOSHUA HERRON,** did knowingly possess one or more matters that contained any visual depiction, using any means or facility of interstate or foreign commerce or that had been mailed, shipped, or transported in interstate or foreign commerce, or which was produced using materials that had been so mailed, shipped, or transported, the production of which involved one or more minors engaging in sexually explicit conduct and the depiction was of such conduct, specifically: the defendant possessed a ZTE N800 Awe Android Smartphone, containing one or more file images, in digital still or video format, that contained visual depictions, the production of which involved the use of a minor engaged in sexually explicit conduct, and was of such conduct, as defined in Section, 2256, Title 18, United States Code, and that had traveled in interstate commerce.

All in violation of Section 2252(a)(4)(B), Title 18, United States Code.

**NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the

offense, and all property used to facilitate the offense.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of the offense alleged in this indictment:

(1) A ZTE N800 Awe Android Smartphone.

(2) Eclipse probable media player, series number, T180 W SL468.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; ( c ) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice of any bill of particulars supporting it.

All pursuant to Section 2253, Title 18, United States Code.

_____
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:

s/ signature redacted
_____
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 9th day of DECEMBER, 2014.

_____
UNITED STATES MAGISTRATE JUDGE